**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **ZACHARY EVERETTE and AMANDA** | § | |
| **DERINGER, individually and as next** | § | |
| **Friend of J.O. and M.O., minors,** | § | |
| | § | |
| **Plaintiffs.** | § | **CASE NO. 6:20-CV-00041-ADA-JCM** |
| | § | |
| **v.** | § | |
| | § | |
| **EDUARDO VASQUEZ and VASQUEZ** | § | |
| **CONSTRUCTION,** | § | |
| | § | |
| **Defendants.** | § | |

**MOTION TO DEPOSIT MONIES INTO COURT'S REGISTRY**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Eduardo Vasquez and Vasquez Construction files their Motion for Leave to Deposit Funds into the Registry of the Court. In support thereof, Defendants present to the Court the following:

This matter has been fully settled with the minor plaintiffs. After payment of attorney's fees, expenses and medical bills, the remaining settlement funds of $5,806.94 for minor J.O, born on July 28, 2006, and the sum of $5,835.73 for minor M.O. born on October 23, 2008, be deposited into the Court Registry Investment System (CRIS) on behalf of the aforementioned minors in separate accounts for each of the named minors until said minor reaches the age of majority, at which time said account, plus interest, less any applicable fees, will be disbursed and provided to the minor child, upon proof of identity, unless the Court orders otherwise.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court grant this Motion upon approval of the minors' settlement and order that the funds be deposited into the Court Registry Investment System (CRIS) on behalf of the aforementioned minors as set forth above.

Respectfully submitted,

**WHITE ⭐ SHAVER**
205 W. Locust Ave.
Tyler, Texas 75702
Telephone: 903/533-9447
Telefax: 903/595-3766

By:    */s/ Adam B. Allen*_____
**ADAM B. ALLEN**
State Bar No. 24038738
AAllen@whiteshaverlaw.com
**CLAY M. WHITE**
State Bar No. 21292220
CWhite@whiteshaverlaw.com

ATTORNEYS FOR DEFENDANTS

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and forgoing was furnished to opposing counsel in accordance with the Federal Rules of Civil Procedure on this the 16th day of December, 2020.

*/s/ Adam B. Allen*_____
ADAM B. ALLEN