IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
December 16, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____MM_____
　　　　　　　DEPUTY

| | |
|---|---|
| **ZACHARY EVERETTE and AMANDA DERINGER, individually and as next Friend of J.O. and M.O., minors,** § § § § | |
| **Plaintiffs.** § | CASE NO. 6:20-CV-00041-ADA-JCM |
| § | |
| **v.** § | |
| § | |
| **EDUARDO VASQUEZ and VASQUEZ CONSTRUCTION,** § § § | |
| **Defendants.** § | |

## ORDER TO RECEIVE AND DEPOSIT MONIES INTO COURT'S REGISTRY

Before the Court is Defendants Eduardo Vasquez and Vasquez Construction Motion for Leave to Deposit Funds into the Registry of the Court. The Court, having reviewed the Motion, is of the opinion that it is meritorious and should be GRANTED. It is therefore:

ORDERED that the Clerk, United States District Court, shall receive and deposit into the Court's registry a check to be received in the amount of $5,806.94 for minor J.O., born on July 28, 2006, and another check to be received in the amount of $5,835.73 for minor M.O., born on October 23, 2008.

IT IS FURTHER ORDERED that the Clerk, United States District Court, as soon as the business of the office allows, shall deposit these monies into the Court Registry Investment System (CRIS), in two separate accounts, one account on behalf of the minor J.O, born on July 28, 2006, and one account on behalf of the minor M.O. born on October 23, 2008. These monies shall remain invested for each minor until said the said minor child reaches the age of majority, at which time said account, plus interest, less any applicable fees, will be disbursed and provided to the minor child which has reached the age of majority, upon proof of identity, unless the Court orders otherwise.

SIGNED on this __16th__ day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE